IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

LIZ NELORY FIERRO TOVAR,

Plaintiff, CASE NO.

v. DIVISION:

WALMART INC.,
A Foreign For Profit Corporation

Defendant.

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, LIZ NELORY FIERRO TAYLOR, by and through the undersigned counsel, hereby sues the Defendant, WALMART INC., and alleges:

1. This is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, LIZ NELORY FIERRO TAYLOR, was and is a resident of Sarasota County, Florida.

3. At all times material hereto, the Defendant, WALMART INC., was and is a Foreign Profit Corporation organized under the laws of the State of Arkansas, actively doing business in Sarasota, Sarasota County, Florida.

4. Venue is proper in this County in that the Defendant does business in Sarasota County, Florida, and/or all of the acts complained of herein occurred in Sarasota County, Florida.

5. That on or about September 29, 2024, the Plaintiff, LIZ NELORY FIERRO TAYLOR, was a business invitee of the Defendant, WALMART INC's premises located at 4381 Cattleman Road, Sarasota, Florida 34233.

**COUNT I – PLAINTIFF'S NEGLIGENCE CLAIM AGAINST WALMART INC.**

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on September 29, 2024, Defendant, WALMART INC., owned, managed, controlled, operated, and/or maintained the premises located at 4381 Cattleman Road, Sarasota, Florida 34233.

7. That on or about September 29, 2024, the Plaintiff, LIZ NELORY FIERRO TAYLOR, was lawfully in Defendant, WALMART INC.'S premises, when she slipped and fell on liquid.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said liquid or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous ponding condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, WALMART INC., the Plaintiff, LIZ NELORY FIERRO TAYLOR, slipped on a liquid substance and/or a that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, LIZ NELORY FIERRO TAYLOR will suffer the losses into the future.

WHEREFORE, Plaintiff, LIZ NELORY FIERRO TAYLOR, hereby demands judgment for damages, costs and interest from the Defendant, WALMART INC., together with whatever other relief the Court deems just and appropriate.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished to the Defendant via service of process.

*_/s/ E. Alexander Pujol_*
Dennis Hernandez, Esquire
Florida Bar Number: 915210
E. Alexander Pujol, Esquire
Florida Bar Number: 47619
Dennis Hernandez Injury Attorneys.
3339 West Kennedy Boulevard
Tampa, FL 33609
Telephone: (813) 250-0000
Litigation@DennisHernandez.com
Attorneys for the Plaintiff

October 29, 2025